STATE v. BELL

No. 267P92

Case below: 106 N.C.App. 493

Motion by Attorney General to dismiss appeal by defendant (Roger Emanuel) for lack of substantial constitutional question allowed 18 November 1992. Petition by defendant (Roger Emanuel) for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.

STATE v. BOND

No. 238P92

Case below: 105 N.C.App. 443

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 18 November 1992.

STATE v. CAMPBELL

No. 339P92

Case below: 107 N.C.App. 302

Motion by Attorney General to dismiss appeal by defendant for lack of substantial constitutional question allowed 18 November 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992. Motion by defendant to amend record on appeal dismissed 18 November 1992.

STATE v. COWELL

No. 258P92

Case below: 106 N.C.App. 494

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 18 November 1992.